IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.C., by and through his parents, C.C. and K.C., and C.C. and K.C. individually, | : <br> : <br> : <br> : CIVIL ACTION <br> : NO. 09-2413 <br> : |
| Plaintiffs, | : |
| v. | : |
| WALLINGFORD-SWARTHMORE SCHOOL DISTRICT et. al. | : |
| Defendants. | : |

**O R D E R**

**AND NOW,** this **6th** day of **April, 2010,** it is hereby **ORDERED** that the joint motion for approval of settlement agreement and dismissal of action pursuant to Local Rules 41.1(b) and 41.2 (doc. no. 22) is **GRANTED.**[1]

**IT IS FURTHERED ORDERED** that the case is **DISMISSED** pursuant to Local Rules 41.1(b) and 41.2.

**IT IS FURTHERED ORDERED** that the Court will retain jurisdiction in the case for one year to enforce the terms of the agreement.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

1.   Approval of this motion does not imply that the Court has considered or endorsed the substantive terms of the agreement. The terms are a matter of private agreement between the parties. Approval of the motion is simply a vehicle by which the Court opts to retain jurisdiction for a limited period of time.